IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEMI LIM,

    Plaintiff,                     No. CIV S-10-958 KJM

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,       ORDER

    Defendant.
                             /

    Defendant has requested an extension of time to respond to plaintiff's motion for summary judgment. No explanation is offered as to why the request has been made <u>ex parte</u>. <u>See</u> Local Rule 144(c). Accordingly, the request is denied without prejudice.

DATED: November 1, 2010.

_____
U.S. MAGISTRATE JUDGE

006
lim.eot

1