BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8937
Facsimile: (415) 744-0134
E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| NOEMI LIM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:10-CV-00958 KJM <br><br> STIPULATION FOR EXTENSION OF TIME AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time until November 5, 2010 in which to respond to Plaintiff's motion for summary judgment. On October 18, 2010, the undersigned Counsel for the Commissioner filed an ex parte motion for an extension of time up to and including November 17, 2010. On November 1, 2010, this Court denied, without prejudice, Counsel's motion because Counsel had not explained why the motion was filed ex parte.

Counsel inadvertently failed to explain that she had asked opposing counsel, via email, if there was any objection to the extension request, but had not received a response by the time of the original due date and, therefore, filed the motion ex parte. Counsel apologizes to the Court for the inconvenience. Upon receiving the Court's denial, Counsel for the Commissioner called Plaintiff's Counsel and spoke with one

of her partners. Counsel for the Commissioner explained what had happened and noted that the Commissioner's brief is being completed by a new attorney in the Commissioner's San Francisco office and that said brief is almost complete. The parties then agreed to a stipulation of time until Friday, November 5, 2010 for the Commissioner to file his response to Plaintiff's motion for summary judgment.

                                        Respectfully submitted,

Dated: November 1, 2010          */s/Ann M. Cerney*
                                        (as authorized via telephone by Attorney Langley Kreuze)
                                        Attorney at Law

                                        Attorney for Plaintiff


Dated: November 1, 2010          BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/Elizabeth Firer*
                                        ELIZABETH FIRER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant


                                          <u>ORDER</u>

APPROVED AND SO ORDERED.


DATED:  November 3, 2010.

                                          U.S. MAGISTRATE JUDGE